# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Presnell, Gregory A. | Middle Dist/FL, Orlando Div. | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

401 West Central Blvd.
Suite 5-750
Orlando, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary | Grande Quay Homeowners Assoc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Akerman, LLP law firm compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Trial Lawyers ("ACTL") Tri-State Fellows | 01/23/20-01/26/20 | Sarasota, Florida | To serve as honorary chairman at their January 2020 meeting. | Registration, lodging, and meals. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Presnell, Gregory A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. SunTrust Bank Account #1 | A | Interest | L | T | | | | | |
| 2. SunTrust Bank Account #2 | A | Interest | L | T | | | | | |
| 3. SunTrust MMA | A | Interest | M | T | | | | | |
| 4. TD Ameritrade GP Trust | | | | | | | | | |
| 5. Vanguard Sm Cap. Index | A | Dividend | K | T | | | | | |
| 6. Vanguard S&P 500 fund | A | Dividend | K | T | | | | | |
| 7. Vanguard Developd Mkt | A | Dividend | K | T | | | | | |
| 8. Vanguard Inter-Term T/E Bond | D | Dividend | N | T | | | | | |
| 9. Vanguard Short-Term Bd. Index | A | Dividend | K | T | | | | | |
| 10. Vanguard Total Int'l Bond Index | A | Dividend | K | T | | | | | |
| 11. iShares Barclays Tips | A | Dividend | K | T | | | | | |
| 12. iShares S&P 500 Index | A | Dividend | K | T | | | | | |
| 13. iShares MSCI Emer. Mkt. ICX | A | Dividend | J | T | | | | | |
| 14. Vanguard Inflation Protection Sec | A | Dividend | L | T | Buy | 08/07/20 | K | | |
| 15. iShares Russell 2000 Idx | A | Dividend | K | T | | | | | |
| 16. Vanguard Emerging Markets Stock Index | A | Dividend | J | T | | | | | |
| 17. Nuveen Muni. Val. | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Presnell, Gregory A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Div. Appr. ETF | A | Dividend | K | T | | | | | |
| 19. Vanguard Emer. Mkt. ETF | A | Dividend | | | Sold | 05/18/20 | K | A | |
| 20. iShare 2020 Stp Amt | A | Dividend | | | Redeemed | 09/02/20 | K | A | |
| 21. Vanguard Div. Gr. | D | Dividend | N | T | | | | | |
| 22. Fidelity Tax Free Bd. | C | Dividend | M | T | | | | | |
| 23. Loomis Sayles Bond | B | Dividend | L | T | | | | | |
| 24. T Rowe Price Div. Gr. | A | Dividend | K | T | | | | | |
| 25. Morgan Stanley CD | B | Interest | | | Redeemed | 06/08/20 | L | A | |
| 26. iShares S&P Midcap 400 Index | A | Dividend | | | Sold | 05/18/20 | K | D | |
| 27. Vanguard Consumer Staples Idx | B | Dividend | L | T | | | | | |
| 28. Parametric Int'l Eq | A | Dividend | K | T | | | | | |
| 29. iShares iBoxx Corp Bond | B | Dividend | L | T | | | | | |
| 30. Lord Abbett Short Duration Income | D | Dividend | M | T | | | | | |
| 31. iShares Barclays 3-7 year treasury | A | Dividend | L | T | | | | | |
| 32. Vanguard Utilities | C | Dividend | M | T | | | | | |
| 33. Vanguard Mid-Cap Index | A | Dividend | | | Sold | 05/18/20 | K | A | |
| 34. TD Ameritrade Money Mkt Acct | A | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Presnell, Gregory A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. TD Ameritrade ▓ Trust | | | | | | | | | |
| 36. Vanguard Prime MM Fd. and Cash | A | Dividend | J | T | | | | | |
| 37. Vanguard Equity Income Fd. | A | Dividend | K | T | | | | | |
| 38. Vanguard Sm. Cap. Index Fd. | A | Dividend | L | T | | | | | |
| 39. Vanguard Inflation Protected Sec. | A | Dividend | L | T | | | | | |
| 40. Vanguard Inter. Term Tax Ex. | D | Dividend | N | T | Buy<br>(add'l) | 02/04/20 | M | | |
| 41. Vanguard Inflation Protected Adm. | A | Dividend | L | T | Buy | 08/07/20 | K | | |
| 42. Vanguard Div. Appr. ETF | B | Dividend | M | T | | | | | |
| 43. Vanguard Emer. Mkt ETF | A | Dividend | K | T | | | | | |
| 44. Fidelity Tax Free Bd | D | Dividend | N | T | Buy<br>(add'l) | 02/21/20 | M | | |
| 45. Dodge & Cox Intern'l | A | Dividend | | | Sold | 05/18/20 | L | A | |
| 46. Dodge & Cox Income Fund | B | Dividend | L | T | | | | | |
| 47. Loomis Sayles Bd. | D | Dividend | M | T | | | | | |
| 48. Lord Abbett Short Duration Income | A | Dividend | K | T | | | | | |
| 49. DFA US Large Cap Val | A | Dividend | | | Sold | 05/18/20 | K | A | |
| 50. T. Rowe Price Div. Growth | B | Interest | L | T | | | | | |
| 51. TD Ameritrade Money Mkt Account | A | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Presnell, Gregory A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Div. Growth | B | Dividend | M | T | | | | | |
| 53. Nuveen Mun. Value Fund | B | Dividend | K | T | | | | | |
| 54. iShares Russell 1000 Gr. | B | Dividend | N | T | Sold (part) | 05/18/20 | K | E | |
| 55. iShares Russell 1000 Val. | A | Dividend | | | Sold | 03/25/20 | L | A | |
| 56. Alliance Bern Muni | A | Dividend | J | T | | | | | |
| 57. iShares Russ. 2000 | B | Dividend | M | T | | | | | |
| 58. iShares MSCI Emer. Mkt. | A | Dividend | | | Sold | 03/25/20 | L | A | |
| 59. iShares Barclays Tips | B | Dividend | L | T | | | | | |
| 60. iShares MSCI EAFE | A | Dividend | | | Sold | 03/25/20 | K | A | |
| 61. Fidelity NASDAQ | A | Dividend | L | T | | | | | |
| 62. iShares DJ Select Div. | B | Dividend | L | T | Sold (part) | 05/18/20 | K | A | |
| 63. iShares DJ Select Div. | B | Dividend | L | T | Buy (add'l) | 12/02/20 | K | | |
| 64. BNY Mellon Amt Muni Bond | | | M | T | Buy | 12/02/20 | M | | |
| 65. iShares R2000 Value | A | Dividend | | | Sold | 05/18/20 | J | A | |
| 66. Vanguard Short Term Tax Exempt | A | Dividend | L | T | | | | | |
| 67. Vanguard Emerging Markets Stock Index | A | Dividend | K | T | Sold (part) | 05/18/20 | K | C | |
| 68. Vanguard Total Int'l Bond | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Presnell, Gregory A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. iShares 2020 AMT | A | Dividend | | | Redeemed | 09/02/20 | K | A | |
| 70. Vanguard Annuity ▓▓▓ | | | | | | | | | |
| 71. Money Market Portfolio | | None | J | T | | | | | |
| 72. Total Bond Market Index Portfolio | | None | M | T | | | | | |
| 73. Short Term Investment Grade Portfolio | | None | K | T | | | | | |
| 74. Equity Income Portfolio | | None | L | T | | | | | |
| 75. Growth Portfolio | | None | L | T | | | | | |
| 76. Small Company Growth Portfolio | | None | K | T | | | | | |
| 77. International Portfolio | | None | L | T | | | | | |
| 78. Total Stock Market Index Portfolio | | None | L | T | | | | | |
| 79. High Yield Bond Portfolio | | None | K | T | | | | | |
| 80. Balanced Portfolio | | None | J | T | | | | | |
| 81. Real Estate Limited Partnerships | | | | | | | | | |
| 82. Jetport Ltd., Orange County, FL | D | Rent | K | W | | | | | |
| 83. Airport Industrial, Ltd., Orange County, FL | | None | K | W | | | | | |
| 84. Airplane Limited Liability Company | | | | | | | | | |
| 85. GK Aviation, Inc. | A | Rent | K | W | Buy | 01/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Presnell, Gregory A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. GK Aviation, Inc. | A | Rent | K | W | Buy | 01/01/20 | K | | |
| 87. IRA ▨ | | | | | | | | | |
| 88. iShares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 89. iShares Barclays Tips | A | Dividend | K | T | | | | | |
| 90. iShares Barclays Agg. Bd. Fd. | A | Dividend | K | T | | | | | |
| 91. iShares Barclays 3-7 Yr. Treas. | A | Dividend | K | T | | | | | |
| 92. TD cash | A | Dividend | K | T | | | | | |
| 93. Lord Abbett Short Duration Fund | A | Dividend | K | T | | | | | |
| 94. Dodge and Cox Income Fund | B | Dividend | K | T | | | | | |
| 95. TD Ameritrade (GP IRA) | | | | | | | | | |
| 96. TD Ameritrade Money Mkt Account | A | Dividend | N | T | | | | | |
| 97. Pimco Emerg. Mkts. Bd. | C | Dividend | L | T | | | | | |
| 98. iShares Russell 2000 Val. | A | Dividend | L | T | | | | | |
| 99. iShares Barclays US TIPS Bond Fd | B | Dividend | M | T | | | | | |
| 100. iShares Barclays US Agg. Bd. Fd. | B | Dividend | M | T | | | | | |
| 101. Loomis Sayles Bond | D | Dividend | N | T | | | | | |
| 102. iShares Russ 1000 Gr. | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Value Index | A | Dividend | L | T | Buy | 10/14/20 | L | | |
| 104. Ally Bk Utah CD | A | Interest | | | Redeemed | 09/08/20 | L | A | |
| 105. Parametric Int'l | A | Dividend | K | T | | | | | |
| 106. US Tr. Strip 2020 (8/20) | | None | | | Redeemed | 08/17/20 | K | D | |
| 107. American Express CD | C | Interest | M | T | | | | | |
| 108. Vanguard Emerging Markets | A | Dividend | | | Sold | 05/18/20 | K | A | |
| 109. DFA Large Cap Value | A | Dividend | | | Sold | 10/14/20 | L | C | |
| 110. Vanguard Total Int'l Bond | A | Dividend | K | T | | | | | |
| 111. iShares Russell 2000 Index | A | Dividend | J | T | Sold (part) | 05/18/20 | K | | |
| 112. Dodge and Cox Income Fund | D | Dividend | M | T | | | | | |
| 113. Marlin Business Bank CD | B | Interest | J | T | Buy | 02/21/20 | M | | |
| 114. Marlin Business Bank CD | B | Interest | | | Redeemed | 11/27/20 | M | A | |
| 115. US Treas Note | A | Interest | | | Redeemed | 01/31/20 | K | A | |
| 116. Akerman, LLC ▨ 401(k) | | | | | | | | | |
| 117. Pimco Real Return | C | Dividend | M | T | | | | | |
| 118. Oakmark Fund | C | Dividend | M | T | | | | | |
| 119. Lazard Emer. Mkt. | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Presnell, Gregory A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Venture JH | B | Dividend | K | T | | | | | |
| 121.  Metropolitan West Total Return | D | Dividend | N | T | | | | | |
| 122.  VRTS Sm Cap Val | C | Dividend | K | T | | | | | |
| 123.  Vanguard Inst Index | C | Dividend | M | T | | | | | |
| 124.  JPM Mid Cap Value | B | Dividend | K | T | | | | | |
| 125.  Vanguard St. Bond | D | Dividend | N | T | | | | | |
| 126.  Vanguard Treas MM | B | Dividend | M | T | | | | | |
| 127.  Pru High Yield Z | D | Dividend | M | T | | | | | |
| 128.  Vanguard Tot Intl STK | B | Dividend | M | T | | | | | |
| 129.  ▓ Trust Inherited | | | | | | | | | |
| 130.  iShares Barclay 3-7 yr Treas | A | Dividend | L | T | | | | | |
| 131.  Parametric Int'l | A | Dividend | L | T | Sold<br>(part) | 05/18/20 | L | A | |
| 132.  iShares Barclays Agg | A | Dividend | J | T | | | | | |
| 133.  Dodge and Cox Income (1) | | | | | | | | | |
| 134.  Vanguard Dividend Growth (2) | | | | | | | | | |
| 135.  US Treasury Note (2020) | A | Dividend | | | Redeemed | 01/31/20 | J | A | |
| 136.  US Treasury Note (2021) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Presnell, Gregory A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  US Treasury Note (2022) | A | Dividend | J | T | | | | | |
| 138.  iShares Russell 2000 Growth | A | Dividend | | | Sold | 03/25/20 | J | A | |
| 139.  Lord Abbett Short duration | A | Dividend | J | T | | | | | |
| 140.  Pioneer Fund | C | Dividend | L | T | | | | | |
| 141.  T Rowe Price Div Growth | A | Dividend | K | T | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes:

1. Duplicate of line 60.
2. Duplicate of line 70.
3. This is       Vanguard Variable Annuity. It is an insurance product issued by Transamerica Life Ins. which does not reflect interest, dividends or capital gains. The only information provided to me is the beginning and ending value for each position held in the account. The year-end value of these positions has been reported in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory A. Presnell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544